**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Cindy Knuth,

        Plaintiff,　　　　　　　　　　Civil No. 06-3515 (RHK/JSM)

vs.　　　　　　　　　　　　　　　　　　**ORDER**

Metropolitan Life Insurance Company,

        Defendant.

---

    The parties' cross-motions for summary judgment will now be heard before the undersigned in St. Paul, Minnesota on Monday, January 29, 2007 at 1:30 p.m., in Courtroom No. 4.

Dated: January 16, 2007

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge